IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

| | |
|---|---|
| CARMEN BILLMEYER, Adminstratix of the Estate of ALEX BILLMEYER, deceased,<br><br>Plaintiff,<br><br>v.<br><br>DUBUQUE COUNTY SHERIFF'S OFFICE, SHERIFF JOE KENNEDY (Individually and in his Official Capacity), SGT. DAN RICHMAN (Individually and in his Official Capacity), DEPUTY JON KAUFFMAN (Individually and in his Official Capacity), DEPUTY LEWIS POTHOFF (Individually and in his Official Capacity), DEPUTY ASHLEE HOFFMAN (Individually and in her Official Capacity), DEPUTY JUSTIN McELMEEL (Individually and in his Official Capacity), THE CITY OF DUBUQUE POLICE DEPARTMENT, LT. PABLO RAMIEREZ (Individually and in his Official Capacity), OFFICER B.J. GOERDT (Individually and in his Official Capacity), and OFFICER THOMAS WARNER (Individually and in his Official Capacity),<br><br>Defendants. | CASE NO: 2:20-CV-1007<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT** |

## **PLAINTIFF'S NOTICE OF SETTLEMENT**

Pursuant to Local Rule 41(b) Plaintiff, Estate of Alex Billmeyer, by and through the undersigned counsel, hereby provide notice to the Court that the above-captioned proceeding has reached a settlement. In accordance with the rule, the

parties will file such documents required to terminate the action.

                        Respectfully submitted,

                        MUNDY LAW OFFICE, P.C.

                        *Nathan A. Mundy*

                        _____
                        NATHAN A. MUNDY (AT0009065)
                        317 6th Ave., Suite 1300
                        Des Moines IA 50309-1770
                        Telephone:   515-288-1552
                        E-mail:   nathan@mundylawdsm.com
                        ATTORNEY FOR PLAINTIFF

Copy to:

David Schrock
Smith Mills Schrock Blades, PC
118 3rd Ave., Suite 200
PO Box 36
Cedar Rapids, IA 52406
ATTORNEY FOR DEFENDANT City of Dubuque

Les Reddick
Kane, Norby, & Reddick, PC
2100 Asbury Road, Suite 2
Dubuque, IA 52001
ATTORNEY FOR DEFENDANTS Dubuque County

I certify that a true and correct copy of the foregoing was e-mailed to all interested parties on the 1st day of February, 2021.